**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JEFFREY ELMORE**                                                          **PLAINTIFF**
**ADC #091418**

**v.**                          **Case No: 4:24-cv-00354-BRW**

**ASHLEY KING,** *et al.*                                             **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Jeffrey Elmore's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

In the future, dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of June, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE